**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> ARMCO PROPERTIES LLC, a California Limited Liability company; and DOES, 1-10, <br><br> Defendants. | CV 18-00295 RSWL-MRW <br><br> **ORDER TO SHOW CAUSE WHY PLAINTIFF FILED PROOF OF SERVICE** [17] |

On February 15, 2018, Plaintiff Rafael Arroyo, Jr. ("Plaintiff") served Defendant Armco Properties LLC ("Defendant") with copies of the summons and Complaint. See Proof of Service, ECF No. 9. Since Defendant failed to timely answer, the Clerk entered default as to Defendant on March 13, 2018. See Default by Clerk, ECF No. 11. Plaintiff subsequently applied for default

1

judgment on May 1, 2018.  See Pl.'s Appl. for Default J., ECF No. 16.  On May 12, 2018, Plaintiff again served Defendant with the summons and Complaint, noting Defendant's answer was not due until June 4, 2018.  See Proof of Service, ECF No. 17.  Plaintiff is **HEREBY ORDERED** to show cause, in writing, on or before **June 11, 2018 at 9:00 a.m.**, as to why Plaintiff served Defendant on May 12, 2018 and what Plaintiff proposes to do to correct the contradictory filings.  Failure to respond as indicated herein may result in the imposition of sanctions, including the vacating of the entry of default and striking of Plaintiff's Application for Default Judgment.

**IT IS SO ORDERED.**

DATED: June 7, 2018           s/ RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge